CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MEENAKSHI SINGHAL,

               Plaintiff,

     v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et al*.,

               Defendants.

Case No. 3:25-cv-10276 AGT

**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [PROPOSED ORDER]**

The parties submit this joint status report regarding Plaintiff's Form I-485, Application for Adjustment of Status. On March 16, 2026, Defendants filed their Motion to Dismiss. Dkt. No. 10. On March 30, 2026, the Court granted the parties' request to stay proceedings until May 11, 2026, and denied Defendants' motion to dismiss without prejudice and may be refiled as necessary. Dkt. No. 12.

The parties conferred and respectfully request the Court to stay proceedings in this case for a limited time, until July 10, 2026. The parties make this joint request to allow additional time for the agency to review Plaintiff's application. Accordingly, the parties stipulate and request that the proceedings in this case be stayed until July 10, 2026, at which time the parties will file a joint status report. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of

Stipulation
C 3:25-cv-10276 AGT               1

proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: May 6, 2026                              Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

 /s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: May 6, 2026

/s/ Meenakshi Singhal
MEENAKSHI SINGHAL
*Pro Se*

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until July 10, 2026.

Date:  May 8, 2026

ALEX G. TSE
United States Magistrate Judge

---

[1]  In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 3:25-cv-10276 AGT                              2